Circuit Court for Prince George's County
Case No. CAE20-12285
Argued:   March 8, 2022

IN THE COURT OF APPEALS

OF MARYLAND

Misc. Docket AG No. 1
September Term, 2020

_____

ATTORNEY GRIEVANCE COMMISSION
OF MARYLAND

v.

DEIDRA NICOLE PROCTOR

_____

Getty, C. J.,
Watts
Hotten
Booth
Biran
Gould
McDonald, Robert N.
        (Senior Judge, Specially Assigned)

JJ.

_____

PER CURIAM ORDER

_____

Filed: March 9, 2022

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk

| ATTORNEY GRIEVANCE | * | IN THE |
| COMMISSION OF MARYLAND | | |
| | * | COURT OF APPEALS |
| v. | * | OF MARYLAND |
| | * | Misc. Docket AG No. 1 |
| DEIDRA NICOLE PROCTOR | * | September Term, 2020 |

## PER CURIAM ORDER

For reasons to be stated in an opinion later to be filed, it is this 9th day of March 2022

**ORDERED**, by the Court of Appeals of Maryland, that the Respondent, Deidra Nicole Proctor be, and she is hereby, disbarred, effective immediately, from the further practice of law in the State of Maryland; and it is further

**ORDERED** that the Clerk of this Court shall strike the name of Deidra Nicole Proctor from the register of attorneys, and pursuant to Maryland Rule 19-761(b), shall certify that fact to the Trustees of the Client Protection Fund and the clerks of all judicial tribunals in the State; and it is further

**ORDERED** that Respondent shall pay all costs as taxed by the Clerk of this Court, including the costs of all transcripts, pursuant to Maryland Rule 19-709, for which sum judgment is entered in favor of the Attorney Grievance Commission of Maryland against Deidra Nicole Proctor.

/s/ Joseph M. Getty
Chief Judge